The retail installment contract, the delivery receipt, and the stand-alone arbitration agreement constitute one agreement between Dan Wachtel Ford and Modas. The main opinion acknowledges this. This entire agreement becomes void in the event Dan Wachtel Ford is unable to assign the retail installment contract within three days of the date of the agreement. Dan Wachtel Ford was indeed unable to assign the retail installment contract within that period; therefore, in my opinion, the entire agreement between the parties became void, and there is no agreement that compels arbitration.
I cannot distinguish Ex parte Payne, 741 So.2d 398 (Ala. 1999), from this case. I cannot comprehend why the main opinion thinks Payne is distinguishable; it is a "spotted hog."
JOHNSTONE, J., concurs.